MISTY A. MURRAY (SBN 196870)
mmurray@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MAYS, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:18-cv-01135-EMC <br><br> Honorable Edward M. Chen <br><br> [~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE <br><br> [FRCP(a)(1)] <br><br> [Filed concurrently with Stipulation] <br><br> Complaint Filed: February 22, 2018 |

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: \_\_\_5/31_____, 2018

_____
HONORABLE
UNITED STATES



IT IS SO ORDERED
Judge Edward M. Chen

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800